GRANITE ROCK COMPANY,
Plaintiff–Appellant,

v.

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, FREIGHT, CON-
STRUCTION, GENERAL DRIVERS,
WAREHOUSEMEN & HELPERS,
LOCAL 287 (AFL–CIO) and Interna-
tional Brotherhood of Teamsters, De-
fendants–Appellees.

No. 07–15040.

United States Court of Appeals,
Ninth Circuit.

May 20, 2011.

Alan S. Levins, Esq., Garry G. Mathia-
son, Esq., Adam J. Peters, Esq., Kimberly
L. Owens, Esq., Littler Mendelson, PC,
San Francisco, CA, for Plaintiff–Appellant.

Duane B. Beeson, Esq., Lisa W. Pau,
Esq., Beeson Tayer & Bodine, PC, Oak-
land, CA, Peter D. Nussbaum, Esq., Peder
J.V. Thoreen, Esq., Altshuler Berzon
Nussbaum Rubin & Demain, San Francis-
co, CA, Leah Ford, Esq., International
Brotherhood of Teamsters, Washington,
DC, for Defendant–Appellee.

Before: RONALD M. GOULD and
CARLOS T. BEA, Circuit Judges, and
JOHN W. SEDWICK, District Judge.*

**ORDER**

In light of *Granite Rock Co. v. Int'l Bhd.
of Teamsters,* —— U.S. ——, 130 S.Ct.
2847, 177 L.Ed.2d 567 (2010), which re-
versed the judgment of this court, 546

* The Honorable John W. Sedwick, District
Judge for the U.S. District Court for Alaska,

F.3d 1169 (2008), and remanded, we in
turn remand this case to the District Court
for further proceedings in accordance with
the Supreme Court's decision.

**REMANDED.**